UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JUL -8 2014
AT 8:30_____M
WILLIAM T WALSH CLERK

|  |  |
|---|---|
| JAN KONOPCA | : |
| Plaintiff, | : Civil Action No. 14-cv-165 (PGS) |
| v. | : |
| TATE & KIRLIN ASSOCIATES, INC. | : |
| Defendant. | : |

ORDER

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 8th day of July, 2014,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.